```
RODNEY EARL MANGUM              COMMUNITY STATE BANK          PLAINS COMMERCE BANK
CORTINA LESCHELLE MANGUM        ATTN: BANKRUPTCY CLERK        5109 S BROADBAND LN
291 GUY SHERMAN ROAD            PO BOX 3910                   SIOUX FALLS, SD 57108
NEWHEBRON, MS 39140             TUPELO, MS 38803


JOHN L. GADOW                   HEALTHCARE FINANCIAL SERVICES JMLACQUISTIONS LLC
JOHN L. GADOW ATTORNEY AT LAW   643 LAKELAND EAST DR          575 UNDERHILL BLVD SUITE2
P.O. BOX 24385                  JACKSON, MS 39232             SYOSSET, NY 11791
JACKSON, MS 39225


ADVANCE AMERICA                 HOLLOWAY                      SECURITY CHECK LLC
1040 HWY  49 S                  P O BOX 27                    2612 JACKSON AVE W
STE C                           HUNTSVILLE, AL 35804          OXFORD, MS 38655
RICHLAND, MS 39218


AFNI, INC.                      JIM WALTER HOMES, INC.        SECURITY CREDIT SERVIC
PO BOX 3427                     2209 HIGHWAY 45 N.            2653 WEST OXFORD LOOP
BLOOMINGTON, IL 61702           COLUMBUS, MS 39705            SUITE 108
                                                              OXFODS, MS 38655


ALLIED INTERSTATE INC           LARRY'S AUTO SALES            SINGLETARY & THRASH
435 FORD RD STE 800             1692 HWY 80                   129 NORTH STATE ST.
MINNEAPOLIS, MN 55426           PEARL, MS 39208               JACKSON, MS 39201


AMCA                            MIDLAND CREDIT MGMT           SOUTHFINS
2269 S SAW MILL                 8875 AERO DR   STE 200        PO BOX 15203
ELMSFORD, NY 10523              SAN DIEGO, CA 92123           HATTIESBURG, MS 39407


AMERICREDIT                     MOHELA                        SUPERIOR MGT
PO BOX 183853                   633 SPIRIT DR                 ATTN: BANKRUPTCY
ARLINGTON, TX 76096             CHESTERFIELD, MO 63005        PO BOX 468089
                                                              ATLANTA, GA 31146


CHECK CASHIER'S & MORE          NATIONAL CREDIT ADJUST        WALTER MORTGAGE CO.
C/O COOK & ASSOC.               PO BOX 3023                   P.O. BOX 31601
P.O. BOX 1390                   HUTCHINSON, KS 67504          TAMPA, FL 33631
HATTIESBURG, MS 39403-1390


CHECK EXCHANGE OF MS            NCO FINANCIAL                 WFFINANCIAL
P.O. BOX 5050                   P.O. BOX 15270                1 INTERNATIONAL PLAZA
BROOKHAVEN, MS 39603            WILMINGTON, DE 19850          PHILADELPHIA, PA 19113
```

```
XLS/EFR
1500 W 3RD ST STE 125
CLEVELAND, OH 44113


ZENITH ACQUISITION
220 JOHN GLENN DR # 1
AMHERST, NY 14228
```