**Chapter 13 Plan Form, Revised 10/24/2006**

**CHAPTER 13**
**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI   CASE NO 11-50650-KMS**

**Debtor: Rodney Earl Mangum        S.S. # XXX-XX-1851        Current Mon. Inc.: $1,995.11**
**Joint Debtor: Cortrina Leschelle Mangum   S.S. # XXX-XX-5372     Current Monthly Income: n/a**
**Address: 291 Guy Sherman Rd. Newhebron, MS 39140      No. of Dependents: 3**
**Telephone No:  601- 669-6429    TAX REFUNDS AND EIC FOR DISTRIBUTION:**

**THIS PLAN DOES NOT ALLOW CLAIMS.   Creditors must file a proof of claim to be paid under any plan that may be confirmed, and the treatment of all secured/priority debts must be provided for in this plan.**

**PAYMENT AND LENGTH OF PLAN**
**The plan period shall be for a period of      60     Months, not to exceed 60 months.  Debtor or Joint Debtor will make payments directly to the Trustee ONLY if self-employed, unemployed, or the recipient of government benefits.**

**(A)        Debtor shall pay $152.59 weekly, to the Chapter 13 Trustee.  A payroll deduction order will be issued to Debtor's employer at:**

> **Croft, LLC**
> **Attn: Payroll**
> **P.O. Box 826**
> **McComb, MS 39649**

**(B)        Joint Debtor shall pay _____n/a_____ Per (monthly/semi-monthly/weekly/bi-weekly) to the Chapter 13 Trustee.  A payroll deduction order will be issued to Debtor's employer at:**

> PRIORITY CREDITORS: Filed claims that are not disallowed to be paid in full:
>
> IRS: n/a
>
> State Taxes: n/a
>
> Other:  n/a                Per      (monthly/semi- monthly/bi-weekly

**DOMESTIC SUPPORT OBLIGATIONS (POST PETITION) DUE TO:**

> **Beginning  n/a          In the amount of:   n/a          Per month and shall be paid:  n/a (directly/payroll deduction) through      n/a          (directly from debtor/payroll deduction).**

**PRE-PETITION DOMESTIC SUPPORT ARREARAGE CLAIMS DUE TO: Same As Above.  And shall be paid in the Amount of:  n/a      Shall Be Paid   n/a   Per Month and shall be paid through   n/a (directly/through plan).**

**HOME MORTGAGE(S):**

**MTG PMTS TO:   Walter Mortgage        BEGINNING:5/2011 @ $$492.00/MO.  (X ) PLAN () DIRECT**
**MTG PMTS TO:  n/a                BEGINNING:      @              ( ) PLAN( ) DIRECT**
**MTG PMTS TO:  n/a                BEGINNING:      @              ( ) PLAN( ) DIRECT**

**MTG ARREARS TO:  Walter Mortgage     Through: 4/2011    Amount: $2,217.64= $36.96  Per Month**
**MTG ARREARS TO:  n/a            Through:  n/a    Amount:   n/a                Per Month**

**Debtor's Initial  /s/R.M.       Joint Debtor's Initials C.M.            CHAPTER 13 PLAN, PAGE 1 OF 3**

**SECURED CLAIMS.**        Creditors that have filed claims that are not disallowed are to retain lien(s) under 11 U.S.C. 1325(a)(5)(B)(I) until plan is completed and be paid as secured claimant(s) sum set out in the column "Total Amount to be Paid" or pursuant to Order of the Court.  That portion of the claim not paid as secured shall be paid as an unsecured claim.

| Creditor's Name | Collateral | Approx. Amount Owed | Value | Int. Rate | Total To Be Paid | Payment |
|---|---|---|---|---|---|---|
| Larry's Auto | 07' Pontiac Grand Prix | $ 3,469.00 | $3,469.00 | 7% | $4,121.42 | $68.69 |

**SPECIAL CLAIMANTS.**        (Co-Signed debts, collateral for abandonment, etc.) ON ABANDONED COLLATERAL, DEBTOR TO PAY ZERO ON SECURED PORTION OF DEBT.  Where proposal is for payment, creditors must file a proof of claim to receive proposed payment.

| Creditor's Name | Collateral | Approx. Amount Owed | Proposal to Be Paid |
|---|---|---|---|
| | | | |

**SPECIAL PROVISIONS** for all payments to be paid through the plan, including, but not limited to, adequate protection payments:

**N/A**

**UNSECURED DEBTS: Totaling approximately  $15,424.18   are to be paid in deferred payments to Creditors that have filed claims that are not disallowed:      IN FULL or  0  %per month**

**Total Attorney Fees Charged:  2800.00        Pay administrative costs and debtor's attorney fees pursuant to Court Order and/or local rules.**
**Attorney Fees Previously Paid:  $0.00**
**Attorney fees to be paid through the plan: $2800.00**
**Name/Address/Phone# of Vehicle Insurance Co. Agent          Attorney For Debtor**

**John L. Gadow**
**P.O. Box 24385**
**Jackson, MS 39225**
**Telephone: (601) 355-0654**
**Facsimile: (601) 510-9089**

**Date: 4.5.2011                                                  Debtor's Signature: /s Rodney Earl Mangum**

**Joint Debtor's Signature: /s/ Cortina Leschelle Mangum**

**Attorney's Signature:          /s/John L. Gadow**

**CHAPTER 13 PLAN, PAGE 2 OF 3**

**CHAPTER 13 PLAN CONTINUATION SHEET**

**Additional Secured Claims:**

| Creditor's Name | Collateral | Amount Owed | Int. Value | Total Rate | Amount To Be Paid | Monthly Payment |
|---|---|---|---|---|---|---|
| n/a | n/a | n/a | n/a | n/a | n/a | n/a |

**Additional Special Claimants:**

| Creditor's Name | Collateral (Type of Debt) | Approx. Amt. Owed | Proposal to Be Paid |
|---|---|---|---|
| n/a | n/a | n/a | n/a |

**Additional Special Provisions:**
n/a

Debtor's initials ___/s/R.M.____    Joint Debtor's Initials __C.M._____CHAPTER 13 PLAN, PAGE 3 OF 3